**The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document was signed electronically on September 21, 2018, which may be different from its entry on the record.**

**IT IS SO ORDERED.**



**ENTERED UNDER ADMINISTRATIVE ORDER NO. 02-10: TERESA D. UNDERWOOD, CLERK OF COURT**
**BY: /s/ Cindy Illencik_____**
      **Deputy Clerk**

**Dated: September 21, 2018**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | Nakita M. Hawkins | ) Case Number 17-10679 |
| | | ) Chapter 13 Proceedings |
| | Debtor | ) Judge Arthur I. Harris |

### ORDER GRANTING CHAPTER 13 TRUSTEE'S MOTION FOR EXAMINATION PURSUANT TO BANKRUPTCY RULE 2004

    Upon consideration of the Trustee's Motion for Examination pursuant to Bankruptcy Rule 2004, and for good cause shown:

    **IT APPEARS** to the Court that the Trustee's Motion for examination pursuant to Bankruptcy Rule 2004 is well taken and will be granted.

    **IT IS ORDERED** that, pursuant to the Trustee's Motion, Nakita M. Hawkins, as well as counsel of record, William J. Balena, will appear for examination pursuant to Bankruptcy Rule 2004 at the following time and place:

**Wednesday, October 17, 2018, at 10:45 AM**

341 Meeting Room, 6th Floor
United States Bankruptcy Court
Howard M. Metzenbaum U.S. Courthouse
201 Superior Avenue
Cleveland OH 44114

**IT IS FURTHER ORDERED** that Nakita M. Hawkins is required to bring to this examination the document listed and requested in the Trustee's motion for examination. Failure to comply with this Order and appear for examination is cause for dismissal of this case.

Submitted by:

/S/ Lauren A. Helbling
LAUREN A. HELBLING (#0038934)
Chapter 13 Trustee
200 Public Square, Suite 3860
Cleveland OH 44114-2321
Phone (216) 621-4268   Fax (216) 621-4806
ch13trustee@ch13cleve.com

## SERVICE LIST

Lauren A. Helbling, Chapter 13 Trustee, (served via ECF)

William J. Balena, Attorney for Debtor (served via ECF)

Nakita M. Hawkins, Debtor
365 Quarter Horse Lane
LaGrange, OH 44050

LAH.mg
09/20/18

###